# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**09-542**
**consolidated with 09-498**


**WELDON VITTO, SR.**

**VERSUS**

**HOME BANK, ET AL.**


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2007-3999
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Shannon J. Gremillion, Judges.


**AFFIRMED.**

**Kenneth W. DeJean**
**Attorney at Law**
**Post Office Box 4325**
**Lafayette, Louisiana 70502**
**(337) 235-5294**
**Counsel for Plaintiff/Appellant:**
      **Weldon Vitto, Sr.**

**William H. Parker, III**
**Allen & Gooch**
**Post Office Box 81129**
**Lafayette, Louisiana 70598**
**(337) 291-1270**
**Counsel for Defendant/Appellee:**
      **National Chiropractic Mutual Insurance Company**

**Richard J. Petre, Jr.**
**Onebane Law Firm**
**Post Office Drawer 3507**
**Lafayette, Louisiana 70502**
**(337) 237-2660**
**Counsel for Defendants/Appellees:**
  **Deep South Surplus, Inc.**
  **Clarendon America Insurance Company**
  **Donald Ray Davis**
  **Affordable Rent To Own, LLC**
  **Affordable Rent To Own of Lafayette, LLC**
  **Affordable Rent To Own of NewIberia, LLC**
  **Deep South Surplus of Louisiana, LP**

**Joseph C. Giglio, Jr.**
**Liskow & Lewis**
**Post Office Box 52008**
**Lafayette, Louisiana 70505**
**(337) 232-7424**
**Counsel for Defendant/Appellee:**
  **Home Bank**

**SULLIVAN, Judge.**

For the reasons discussed in the companion case in this consolidated matter, *Vitto v. Davis*, 09-498 (La.App. 3 Cir. __/__/09), ___ So.3d ___, the two trial judgments granting summary judgment in favor of National Chiropractic Mutual Insurance Company and dismissing Weldon Vitto, Sr.'s claims against it with prejudice are affirmed. Costs of this appeal are assessed against Weldon Vitto, Sr.

**AFFIRMED.**